# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2021

## NO. 03-19-00087-CR

**Appellant, The State of Texas// Cross-Appellant, Saul Jaquez**

**v.**

**Appellee, Saul Jaquez// Cross-Appellee, The State of Texas**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal and cross appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.